IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  McKee, John

Printed: 12/19/07

Case Number: 04 B 25196
Judge: Goldgar, A. Benjamin
Filed: 7/6/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: August 2, 2007
Confirmed: September 16, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 29,948.25 |  |
| Secured: |  | 19,844.83 |
| Unsecured: |  | 5,424.90 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,205.20 |
| Trustee Fee: |  | 1,441.90 |
| Other Funds: |  | 2,031.42 |
| Totals: | 29,948.25 | 29,948.25 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 1,205.20 | 1,205.20 |
| 2. | First American Bank | Secured | 0.00 | 0.00 |
| 3. | Americredit Financial Ser Inc | Secured | 11,777.21 | 11,777.21 |
| 4. | First American Bank | Secured | 22,562.00 | 0.00 |
| 5. | Household Automotive Finance Corp | Secured | 8,067.62 | 8,067.62 |
| 6. | Nicor Gas | Unsecured | 16.65 | 166.45 |
| 7. | Household Automotive Finance Corp | Unsecured | 525.85 | 5,258.45 |
| 8. | Dianon Systems | Unsecured |  | No Claim Filed |
| 9. | ACC International | Unsecured |  | No Claim Filed |
| 10. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 11. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 12. | Infinity Smile | Unsecured |  | No Claim Filed |
| 13. | Medical Recovery Specialists | Unsecured |  | No Claim Filed |
| 14. | Jewel Food Stores | Unsecured |  | No Claim Filed |
| 15. | Michael Reese Hospital | Unsecured |  | No Claim Filed |
| 16. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 17. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 18. | TCF Bank | Unsecured |  | No Claim Filed |
| 19. | Southwest Laboratory Physican | Unsecured |  | No Claim Filed |
| 20. | Portage Health System | Unsecured |  | No Claim Filed |
| 21. | Talk America | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 44,154.53 | $ 26,474.93 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: McKee, John | Case Number: 04 B 25196 |
|---|---|
| | Judge: Goldgar, A. Benjamin |
| Printed: 12/19/07 | Filed: 7/6/04 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 372.53 |
| 4% | 111.16 |
| 3% | 71.45 |
| 5.5% | 436.70 |
| 5% | 119.11 |
| 4.8% | 247.71 |
| 5.4% | 83.24 |
| | _____ |
| | $ 1,441.90 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

